UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-cv-02409-JDW-EAJ

A. JOSEPH RAETANO,

    Plaintiff,

vs.

SEMINOLE LANES, INC.,

    Defendant.
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The Parties, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice. This dismissal is based on a Stipulation for Settlement whereby the Parties agree that the Court shall retain jurisdiction for the purposes of determining the amount of attorney's fees and costs to which Plaintiff is entitled. Therefore, the Parties respectfully request that the Court retain jurisdiction for this purpose.

| | |
|---|---|
| s/Todd W. Shulby, Esq. | s/Robert G. Walker, Jr., Esq. |
| Todd W. Shulby, Esq. | Robert G. Walker, Jr., Esq. |
| Todd W. Shulby, P.A. | Law Office of Robert G. Walker, Jr. |
| 4705 S.W. 148th Ave., Ste. 102 | 1421 Court Street, Suite F |
| Davie, Florida 33330-2417 | Clearwater, Florida 33756-6147 |
| Telephone: (954) 530-2236 | Telephone: (727) 442-8683 |
| Facsimile: (954) 530-6628 | Facsimile: (727) 441-1895 |
| E-mail: tshulby@shulbylaw.com | E-mail: walkerlaws@aol.com |
| Florida Bar No.: 068365 | Florida Bar No.: 329428 |
| Counsel for Plaintiff | Counsel for Defendant |